ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6/ENTER

**FILED**

**JAN 2 0 2012**

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MARK RAYMOND QUESADA,          )   Case No. EDCV 11-0882-MLG
                              )
               Plaintiff,     )        JUDGMENT
                              )
          v.                  )
                              )
MICHAEL J. ASTRUE,            )
Commissioner of the           )
Social Security Administration, )
                              )
               Defendant.     )
_____ )

     IT IS ADJUDGED that judgment be entered in favor of Defendant and
that the action herein is dismissed with prejudice.


DATED: January 20, 2012


                              MARC L. GOLDMAN
                              _____
                              MARC L. GOLDMAN
                              United States Magistrate Judge