ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN 2 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

JS-6/ENTER

FILED

**JAN 2 0 2012**

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK RAYMOND QUESADA, | Case No. EDCV 11-0882-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.


DATED: January 20, 2012


MARC L. GOLDMAN
_____
MARC L. GOLDMAN
United States Magistrate Judge